# MINUTE ORDER

Page 10

## Magistrate Judge Alicia O. Valle

Atkins Building Courthouse - 9th Floor          Date: 9/19/2024   Time: 2:00 p.m.

Defendant: Malone Lam          J#: 36792-511          Case #: 24-MJ-3998-VALLE(SEALED)
AUSA: Anthony Reynolds          Attorney: Yisel Valera for Jeffrey Weiner (TEMP)
Violation: District of Columbia/WARR/INDICT/Conspiracy to commit wire fraud          Surr/Arrest Date: 9/18/24   YOB: 2004

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:
Bond Set at:                                           Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
- Defendant advised of his rights & charges
- Defendant sworn
- Gov't request to unseal complaint - granted -
- Defense request to reset for Detention Hrg, RRC & Removal Hrg - granted -

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 9/20/24  10:00am  Duty  Miami
PTD/Bond Hearing: " " " "
Prelim/Arraign or Removal: " " " "
Status Conference RE:
D.A.R. 14:38:37 , 16:14:45          Time in Court: 8 mins

s/Alicia O. Valle
Magistrate Judge